■ In the Matter of JASPER MITCHELL, Petitioner, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [37 NYS3d 716]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination rendered after a tier III disciplinary hearing finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's

institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Tolliver v Fischer*, 140 AD3d 1507 [2016]; *Matter of Ballard v Racette*, 140 AD3d 1428 [2016]). We note that petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (*see Matter of Thompson v Annucci*, 140 AD3d 1521 [2016]; *Matter of Khudan v Annucci*, 139 AD3d 1198 [2016]).

Peters, P.J., McCarthy, Garry, Lynch and Mulvey, JJ., concur.
Adjudged that the petition is dismissed, as moot, without costs.